

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-9-1996

# Harrison v. Nissan Motor Corp

Precedential or Non-Precedential:

Docket 95-1300

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Harrison v. Nissan Motor Corp" (1996). *1996 Decisions.* Paper 42.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/42

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

NO. 95-1300
_____

FANNIE HARRISON,

                                    Appellee

                    v.

NISSAN MOTOR CORPORATION IN U.S.A.,

                                    Appellant
_____

Appeal from the United States District Court
For the Eastern District of Pennsylvania
D.C. Civ. No. 94-cv-06791
_____

***VACATED  See order filed November 4, 1996***